IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHERIE LEESE,                                    :
                                                 :
              Plaintiff,                         :
       v.                                        :      CIVIL ACTION NO. 3:17-CV-00274
                                                 :      (JUDGE MARIANI)
COMMONWEALTH OF PENNSYLVANIA  :
DEPARTMENT OF INSURANCE,                 :
                                                 :
              Defendant.                         :

## ORDER

**AND NOW, THIS 27TH DAY OF NOVEMBER 2019**, upon consideration of

Defendant's Motion in Limine to Exclude Evidence of Settlement Authority and Discussions

(Doc. 66) and Defendant's Motion in Limine to Exclude Evidence of the Background Details

and Events Leading to Ms. Leese's Prior Complaint (Doc. 68), and all related documents,

for the reasons set forth in the simultaneously filed Memorandum Opinion, **IT IS HEREBY**

**ORDERED THAT**:

1. A ruling on Defendant's Motion in Limine to Exclude Evidence of Settlement

   Authority and Discussions (Doc. 66) is **DEFERRED** until raised at trial.

2. Defendant's Motion in Limine to Exclude Evidence of the Background Details and

   Events Leading to Ms. Leese's Prior Complaint (Doc. 68) is **GRANTED** as set forth

   in the Court's Memorandum Opinion.

Robert D. Mariani
United States District Judge