THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHERIE LEESE,

    Plaintiff,

v().

COMMONWEALTH OF PENNSYLVANIA
Department of Insurance

    Defendant.

3:17-CV-00274
(JUDGE MARIANI)

FILED
SCRANTON

OCT 13 2021

PER _____
    DEPUTY CLERK

## ORDER

AND NOW, THIS _12th_ DAY OF OCTOBER 2021, upon consideration of Plaintiff's March 6, 2020, motion filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (Doc. 116) and all relevant documents, for the reasons set out in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's March 6, 2020, motion filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (Doc. 116) is **DENIED**;

2. The Motion for Leave to File an Amended Rule 60 Motion (Doc. 131) is **DENIED AS MOOT**;

3. Plaintiff's Motion for Extension of Time to File an Amended Federal Rule 60 Motion and Memorandum in Support (Doc. 136) is **DENIED AS MOOT**;

4. Plaintiff's Amended Motion for Relief from Final Judgment in Support of Her Memorandum of Support Under Federal Rule 60 (Doc. 139) is **DENIED AS MOOT**;

4. Plaintiff's Amended Motion for Relief from Final Judgment in Support of Her Memorandum of Support Under Federal Rule 60 (Doc. 139) is **DENIED AS MOOT**;

5. Plaintiff's Second Amended Motion for Relief from Final Judgment in Support of Her Memorandum of Support Under Federal Rule 60(b)(2) and (3) (Doc. 142) is **DENIED AS MOOT**;

6. Plaintiff's Third Amended Motion for Relief from Final Judgment in Support of Her Memorandum of Support Under Federal Rule 60(b)(2) and (3) (Doc. 146) is **DENIED AS MOOT**.

_____
Robert D. Mariani
United States District Judge